UNITED STATES DISTRICT COURT JUDGE RONALD B. LEIGHTON

IN THE UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

| | |
|---|---|
| DEBORAH R. CLARK, | NO. C07-5222RBL |
| Plaintiff, | ORDER ALLOWING PLAINTIFF TO FILE |
| vs. | FIRST AMENDED COMPLAINT FOR LONG TERM DISABILITY BENEFITS |
| QWEST DISABILITY PLAN, | |
| Defendant | |

Based on the stipulation of the parties, IT IS HEREBY ORDERED that plaintiff be granted leave to file First Amended Complaint for Long Term Disability Benefits.

Plaintiff is directed to efile their Amended Complaint.

IT IS SO ORDERED this 19th day of September, 2007.

RONALD B. LEIGHTON
UNITED STATES DISTRICT JUDGE

Presented by:

TODD R. RENDA, ATTORNEY AT LAW

*s/ Todd R. Renda*
Todd R. Renda WSBA# 20779
Attorney for plaintiff
6314 19th St. West, Ste 20
Tacoma WA 98466-6223
Telephone: 253-566-6701
FAX: 253-564-6523
toddrenda@msn.com
mrenda@yahoo.com

**ORDER**

**TODD R. RENDA**
ATTORNEY AT LAW
6314 19th St. West, Suite 20
Tacoma, Washington 98466-6223
(253) 566-6701
FAX (253) 564-6523